UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTEZ ARTIS, <br> PLAINTIFF, <br> V. <br><br> DAVID GOMEZ, et al. <br> DEFENDANTS. | CASE No. 23-CV-1593 <br><br> HONORABLE JUDGE <br> MATTHEW F. KENNELLY |

NOW COMES PLAINTIFF, MONTEZ ARTIS, PRO SE AND AS A LAYPERSON ASKS THIS HONORABLE COURT TO COMPEL DEFENDANTS TO GRANT DISCOVERY REQUEST

## INTRODUCTION

1. ON OR AROUND 3-24-25, DEFENDANTS ATTORNEY KATHARINE KRAMER, CONTACTED PLAINTIFF REGARDING THIS HONORABLE COURT RULING ON 3-24-25, EXTENDING DISCOVERY. SEE EX.-A

2. PLAINTIFF SPOKE TO ESQ. KRAMER REGARDING DEFENDANTS DEPOSITIONS TAKEN BY LEROY B LEROY.

PC SCAN — FILED 4/14/2025 DD — THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT — Scanned at Pinckneyville CC and e-mailed 4/14/25 by CB 5 pages

3. In 2011 individual in custody, Lester Dobbey filed a class action lawsuit regarding unsafe and unsanitary conditions of confinement, which Plaintiff was a Plaintiff.

4. Warden David Lemke was a defendant and Rob Jeffreys was a defendant and both were deposed by Loevy and Loevy.

5. Plaintiff requested both defendants depositions from Loevy, Kramer but was denied.

6. Stateville C.C. has been closed down due too unsafe and unsanitary conditions as of Sept 29 2024.

7. This Discovery Request is pertinant to Plaintiffs case. Plaintiff is concerned with settling this case A.S.A.P for a reasonable amount and believes this Discovery will assist in expedite the closure of Plaintiffs final case in the Northern District.

8. DISCOVERY may be obtained about any matter that is not privileged and that is both relevant to any party's claim or defense and proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1).

9. A Court may compel responses to discovery if a party did not respond or permit inspection under Rule 34. Fed. R. Civ. P. 37(a)(3)(B).

WHEREFOR, PLAINTIFF, MONTEZ ARTIS Requests this Honorable Court to Compel Defendants to grant Discovery Request of Defendants James, and Jeffrey's Depositions Giving/Taken from said Class Action.

Respectfully Submitted

Montez Artis
Montez ARTIS
#B84281

P.O.B. 1000
Pinckneyville, IL 62274

EXHIBIT-A

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Montez Artis

                Plaintiff,

v.

                                  Case No.: 1:23−cv−01593
                                  Honorable Matthew F. Kennelly

David Gomez, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 3/24/2025. The Court tried hooking Mr. Artis into the hearing, but the call was disconnected. Plaintiff's motion to extend discovery [49] is granted. The deadline for discovery is extended to 4/30/2025. Defendant's counsel reported that they had not received Mr. Artis's letter dated 3/3/2025 that he referenced in his motion to extend discovery. The Court suggests that Mr. Artis should send a new copy of the letter to defense counsel. The case is set for a telephonic status hearing on 5/1/2025 at 8:50 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Defendants' counsels are directed to make arrangements for plaintiff to participate by telephone. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

IN THE _United States_ _District Court_
_Northern District of Illinois_

_Monter Arty_
Plaintiff/Petitioner )
)
Vs. ) No. _____
)
_David Gomez et al_ )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: _Clerk_ TO: _____
_219 S. Dearborn Sr._
_Chicago IL 60604_

PLEASE TAKE NOTICE that at: _11:00_ AM/PM _4-11-25_, 20_25_ placed the documents listed below in the institutional mail at _Pinckneyville_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. _Motion to Compel_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: _4-11-25_

/s/ _Monter Arty_
Name: _Monter Arty_
IDOC No. _B89281_
_Pinckneyville_ Correctional Ctr.
POB _600_
_Pinckneyville_, IL _62274_

Revised 4/15/15